FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2014

No. 04-14-00073-CV

**EX PARTE** Nethaneel **JONES**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

On January 31, 2014, relator filed an original pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 4th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009EM503538, styled *In the Interest of K.S.U., A Child*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Nick Catoe presiding.